

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-13-00359-CV

| | | |
|---|---|---|
| Philip Gregory Byrd, Lucy Leasing Co., LLC, and PGB Air, Inc. | § | From the 342nd District Court |
| | § | of Tarrant County (342-247309-10) |
| v. | | |
| | § | April 17, 2014 |
| Phillip Galyen, P.C. d/b/a Bailey & Galyen Attorneys at Law and R. Keith Spencer | | |
| | § | Opinion by Justice Gabriel |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. It is ordered that the trial court's order granting appellees Phillip Galyen, P.C. d/b/a Bailey & Galyen Attorneys at Law and R. Keith Spencer a partial summary judgment is reversed and the case is remanded to the trial court for further proceedings consistent with this opinion.

It is further ordered that appellees Phillip Galyen, P.C. d/b/a Bailey & Galyen Attorneys at Law and R. Keith Spencer shall pay all costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

/s/ Lee Gabriel

By _____